IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1396-DII |
| LON HEUER, et al., | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff William Curtis Jones's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on March 26, 2024. (*Id.*). Plaintiff filed objections to the report and recommendation on April 12, 2024. (Objs., Dkt. 9).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 7), is **ADOPTED**. Plaintiff's federal claims are **DISMISSED WITH**

1

**PREJUDICE**. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**. The Court will enter final judgment by separate order.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on April 17, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE