IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM CURTIS JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1396-DII |
| LON HEUER, et al., | § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On this date, the Court entered an order adopting United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff William Curtis Jones. (R. & R., Dkt. 7). The Court dismissed Plaintiff's federal claims with prejudice and his state law claims without prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on April 17, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1